# SUMMONS

## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF LOUISIANA

**RETURN**

UNITED STATES OF AMERICA

v.                                          Cr. No. 00-374 C

SAREEL POINDEXTER

To:   SAREEL POINDEXTER
      542 Ayo Street
      Raceland, LA 70394

You are hereby summoned to appear before the United States District Court for the Eastern District of Louisiana at the Hale Boggs Federal Building and U.S. Courthouse, 500 Poydras Street, Room B407 in the city of New Orleans on the 3rd day of June 2008 at 2:00 PM for an initial appearance for alleged violations of supervised release

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

---

**PLEASE NOTE:**   You are also to appear at the U.S. Pretrial Services Agency, Room B-614 Hale Boggs Building, (adjacent to Courthouse) at 1:00 PM on the aforementioned date, so that information pertinent to the setting of your bail can be obtained.

You have a right to speak with a lawyer before talking with the Pretrial Services officer. If you do not have a lawyer, you may call the Federal Public Defender at 589-7930.

Date: May 28, 2008                    LORETTA G. WHYTE, CLERK
                                       By _____
                                              Deputy Clerk

**RETURN**

Service of the summons was made by me at _____ on _____
by (check one box below to indicate appropriate method of service):

[ ]  Personal service of the defendant.
[X]  Leaving it with a person of suitable age at the defendant's dwelling and
     by mailing a copy to the defendant's last known address.

REMARKS:

I declare under penalty of perjury that the foregoing return is true and correct.

_____
Signature of person making service

5/30/2008

_____
Defendant

MARY POINDER