UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-374** |
| v. | * | **SECTION: "C"** |
| **SAREEL POINDEXTER** | * | |

\* \* \*

### RULE TO REVOKE SUPERVISED RELEASE

NOW INTO COURT comes the United States of America, appearing by and through the undersigned Assistant United States Attorney, and respectfully represents:

I.

The Defendant, Sareel Poindexter, was found guilty by a jury on May 8, 2001, to violating Title 18, United States Code, Section 922(g)(1) (Felon in Possession of a Firearm). On August 7, 2001, Sareel Poindexter received a seventy-eight (78) month sentence of imprisonment to be followed by three (3) years of supervised release. *See* Rec. Doc. 51.

II.

The Government alleges that Sareel Poindexter has violated the terms and conditions of his supervised release in the manner set forth in the attached Petition for Warrant or Summons for Offender Under Supervision.  *See* Rec. Doc. 67.

WHEREFORE, the Government prays that the Defendant, Sareel Poindexter, be brought before this Court on June 25, 2008 at 9:00 a.m. and a copy of this Rule be served upon him, and that he be ordered to show cause why his supervised release should not be revoked.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


s/ Duane A. Evans
DUANE A. EVANS (#24086)
Assistant United States Attorney
500 Poydras Street, Room 210-B
New Orleans, Louisiana  70130
Telephone:  (504) 680-3069
duane.evans@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

s/ Duane A. Evans
DUANE A. EVANS
Assistant United States Attorney