UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUN -3 PM 3: 54

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 00-374 C |
| VERSUS | ORDER |
| SAREEL POINDEXTER | ___ Appointing Counsel <br> ___ Substituting Counsel For: <br><br> ___ Ratifying Prior Service <br> ___ Extending Appointment For Appeal |

CHARGE: SUPERVISED RELEASE VIOLATIONS

___FELONY     ___MISDEMEANOR

_X_ The defendant, having satisfied this Court that he/she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by order of the District Court:

**VIRGINIA SCHLUETER, FEDERAL PUBLIC DEFENDER, HALE BOGGS FEDERAL BLDG., RM 318, 501 MAGAZINE ST, NEW ORLEANS, LA 70130 PHONE: (504)589-2468**

___ Federal Public Defender is appointed for the limited purpose of:

___ It appearing to the Court that although the defendant is financially unable to employ counsel, he/she is totally indigent.

___ IT IS FURTHER ORDERED that the defendant pay to the Clerk, U. S. District Court for services of counsel, the total amount of $_____ to be paid within 10 working days or by _____.

___ IT IS FURTHER ORDERED that the defendant is to pay to the Clerk, U.S. District Court, for services of counsel, $_____ per month. This amount is to be paid, beginning on _____, 20___, until further orders of the Court.

Dated at New Orleans, Louisiana, on   JUNE 3, 2008

UNITED STATES MAGISTRATE JUDGE

Copy to Financial Unit Clerk (Only if defendant is ordered to pay)

___ Fee _____
___ Process _____
___ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| | |
|---|---|
| IN UNITED STATES | ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) |
| IN THE CASE OF | U.S. vs. SAREE L POINDEXTER / FOR EASTERN LOUISIANA AT NEW ORLEANS |

**PERSON REPRESENTED** (Show your full name): SAREEL POINDEXTER

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☒ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**LOCATION NUMBER:**

**DOCKET NUMBERS**
- Magistrate:
- District Court: 00-374-002
- Court of Appeals:

**CHARGE/OFFENSE**: ☒ Felony ☐ Misdemeanor — Felon in Possession of a Firearm

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Clozell Mason Lawn Service
- IF YES, how much do you earn per month? $1100.00
- IF NO, give month and year of last employment. How much did you earn per month? $
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: Law Suit — RECEIVED $270,000 Law Suit

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE / DESCRIPTION

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ MARRIED
- Total No. of Dependents: 02
- List persons you actually support and your relationship to them: Gerrilynn Quidroz daughter, Saruel Cane Spencer son

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | 450.00 Rent | $450.00 | $ |
| | 300 Electric Bill | $300.00 | $ |
| | Cable 66.00 | $66.00 | $ |
| | Food | $150.00 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6-3-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Sareel Poindexter