MINUTE ENTRY
MOORE, M.J.
JUNE 3, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 00-374 |
| SAREEL POINDEXTER | SECTION "C" |

### INITIAL APPEARANCE SUPERVISED RELEASE VIOLATION

APPEARANCES:  X  DEFENDANT WITH/~~WITHOUT~~ COUNSEL
                X  ASSISTANT U.S. ATTORNEY  DUANE EVANS
                X  PROBATION OFFICER  DAVID WAWROSE
                ___ INTERPRETER _____ SWORN
                (TIME: ___ .M to ___ .M)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ  **SUMMARIZED**  WAIVED

__ / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

X / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS
X / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT
__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT
X / BOND SET AT *$5,000.00 unsecured appearance bond.*

__ / DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL
X / DEFENDANT RELEASED ON BOND
__ / DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR

__ / DEFENDANT INFORMED THAT PRELIMINARY HEARING IS SET FOR

__ / DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

X / RULE TO REVOKE SUPERVISED RELEASE *is set June 25, 2008 at 9:00 A.M.*
    BEFORE UNITED STATES DISTRICT JUDGE HELEN BERRIGAN

Fee____
Process____
X Dktd____
___ CtRmDep____
___ Doc. No.____

MJSTAR: :10