FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUN -3 PM 3: 54

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

V.

SAREEL POINDEXTER
    Defendant

APPEARANCE BOND

CASE NUMBER: 00-374C

(Non-surety:) the undersigned defendant acknowledge that I and my...
Surety: We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of American the sum of $ 5,000.00 , and there has been deposited in the Registry of the Court the sum of $ / in cash or _____ (describe other security.)

The conditions of this bond are that the defendant SAREEL POINDEXTER (name) is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond or any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 6-3-08 at New Orleans, Louisiana
                     Date                          Place

Defendant. [signature]  Address. 322 New Haven St. Lakeland, La 7039[?]

Surety. _____  Address. _____

Surety. _____  Address. _____

Signed and acknowledged before me on June 03, 2008
                                                           Date

Judicial Officer/Clerk
U.S. MAGISTRATE JUDGE
500 POYDRAS STREET - HALE BOGGS BUILDING
NEW ORLEANS, LA 70130

Fee _____
Process _____
Dktd _____
CtRmDep _____
Doc. No. _____

Approved: _____
        Judicial Officer

AO 98 (Rev. 8/85) Appearance Bond - PAGE 2 OF 2

UNITED STATES OF AMERICA V. SAREEL POINDEXTER
CASE NUMBER: 00-374 "C"

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _____

_____; and that my net worth is the sum

of _____ dollars ($_____ ).

I further state that




_____
Surety

Sworn to before me and subscribed in my presence on _____
                                                                                                            Date

at  UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS, LA   .
         Place

 United States Magistrate Judge                                          _____
         Name and Title                                                           Signature of Judicial Officer/Clerk


I, the undersigned surety, say that I reside at _____

_____; and that my net worth is the sum of _____

_____ dollars ($_____ ).

I further state that




_____
Surety

Sworn to before me and subscribed in my presence on _____
                                                                                                            Date

at  UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS, LA.   .
         Place

 U.S. MAGISTRATE JUDGE                                                   _____
         Name and Title                                                           Signature of Judicial Officer/Clerk


Justification Approved: _____
                                          Judicial Officer