UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-374 |
| v. | * | SECTION: "C" |
| SAREEL POINDEXTER | * | |

\* \* \*

**O R D E R**

Considering the foregoing Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that the Defendant, Sareel Poindexter, appear before this Court on the 25th day of June, 2008 at 9:00 a.m. to show cause why his supervised release should not be revoked.

New Orleans, Louisiana, this  5th  day of  June , 2008.


_____
**UNITED STATES DISTRICT JUDGE**