UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. |
| VERSUS | * | NO. 00-374 |
| SAREEL POINDEXTER | * | SECTION: "C" |

**MOTION TO ENROLL AS COUNSEL OF RECORD**
**AND INCORPORATED MEMORANDUM**

NOW COMES, Samuel J. Scillitani, attorney at law, who represents to this Court that he has been appointed to represent the defendant, Sareel Poindexter, in the captioned proceedings and accordingly moves this Court to enter his name as counsel of record for the defendant, Sareel Poindexter.

Respectfully submitted this  9th  day of June, 2008.

/s/Samuel J. Scillitani
SAMUEL J. SCILLITANI.
Assistant Public Defender
Hale Boggs Building
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: 504-589-7930
Bar Roll No: 21371

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Duane Evans, Assistant United States Attorney, 500 Poydras Street, New Orleans, Louisiana 70130.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

/s/Samuel J. Scillitani
SAMUEL J. SCILLITANI
Assistant Federal Public Defender