UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. |
| VERSUS | * | NO. 00-374 |
| SAREEL POINDEXTER | * | SECTION: "C" |

**O R D E R**

Considering the foregoing,

    IT IS HEREBY ORDERED that Samuel J. Scillitani be entered as counsel of record for the defendant, Sareel Poindexter.

    New Orleans, Louisiana, this ____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE