UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. |
| VERSUS | * | NO.  00-374 |
| SAREEL POINDEXTER | * | SECTION: "C" |

**O R D E R**

Considering the foregoing,

IT IS HEREBY ORDERED that Samuel J. Scillitani be entered as counsel of record for the defendant, Sareel Poindexter.

New Orleans, Louisiana, this 10th day of   June  , 2008.

_____
UNITED STATES DISTRICT JUDGE