UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-374** |
| v. | * | SECTION: "C" |
| **SAREEL POINDEXTER** | * | |

\* \* \*

## AMENDED RULE TO REVOKE SUPERVISED RELEASE

NOW INTO COURT comes the United States of America, through undersigned Assistant United States Attorney, and respectfully represents:

Defendant, Sareel Poindexter, was found guilty by a jury on May 8, 2001, to violating Title 18, United States Code, Section 922(g)(1)(Felon in Possession of Firearm). On August 7, 2001, Sareel Poindexter received a seventy-eight (78) month sentence of imprisonment to be followed by three (3) years of supervised release. *See* Rec. Doc. 51.

**II.**

Details of the defendant's supervised release are set forth in the Petition for Warrant or Summons for Offender Under Supervision. *See* Rec. Doc. 67. Poindexter violated the terms and conditions of his supervised release in the manner set forth in Government's Rule to Revoke Supervised Release. *See* Rec. Doc. 70.

Poindexter committed additional violations of the terms and conditions of his supervised release as follows:

1) Poindexter failed to keep the scheduled appointment at the U.S. Probation Office, Houma, Louisiana, on June 9, 2008; and

2) Poindexter failed to attend the orientation and life skills classes on June 12, 2008, at the U.S. Probation Office, Houma, Louisiana.

**WHEREFORE,** the government prays that Poindexter be brought before this Court and a copy of this Amended Rule to Revoke Supervised Release be served upon him, and that he be ordered to show cause before this Court why supervised release should not be revoked for his failure to abide by the terms of said supervised release.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


S/ Duane A. Evans
DUANE A. EVANS (#24086)
Assistant United States Attorney
500 Poydras Street, Room 210-B
New Orleans, Louisiana  70130
Telephone:  (504) 680-3069
duane.evans@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

S/ Duane A. Evans
DUANE A. EVANS
Assistant United States Attorney