UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-374** |
| v. | * | SECTION: "C" |
| **SAREEL POINDEXTER** | * | |

\* \* \*

### O R D E R

Considering the foregoing Amended Rule to Revoke Supervised Release;

**IT IS HEREBY ORDERED** that **SAREEL POINDEXTER** appear before this Court on the 25th day of June, 2008 at 9:00 o'clock a.m. to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this 19th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE