UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-374** |
| v. | * | SECTION: "C" |
| **SAREEL POINDEXTER** | * | |
| | * * * | |

**O R D E R**

Considering the foregoing,

**IT IS ORDERED** that the interest of justice and judicial economy justify a continuance of this matter from June 25, 2008, to the __6th__ day of _August_____, 2008, at 9:00 o'clock a.m.

New Orleans, Louisiana, this 26th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE