UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-374** |
| v. | * | SECTION: "C" |
| **SAREEL POINDEXTER** | * | |
| | * * * | |

## MOTION AND ORDER TO CONTINUE REVOCATION HEARING

**NOW INTO COURT** comes the United States of America, through the undersigned Assistant United States Attorney, who now moves to continue the revocation hearing in this matter which is presently scheduled for Wednesday, August 6, 2008, for the following reason(s):

On June 21, 2008, the defendant, Sareel Poindexter was arrested by the LaFourche Parish Sheriff's Department for simply burglary and intimidation of a witness. He was being held at the LaFourche Parish Detention Center on a $100,000.00 bond. On July 3, 2008, the defendant's bond was reduced to $50,000.00. Therefore, we are requesting a continuance for 60 days in order to allow the probation officer more time to investigate this new criminal conduct. In addition, the Government will be amending the rule to revoke supervised release to include the defendant's June 21, 2008 arrest. Counsel for the defendant has no objection to such a continuance.

Accordingly, the Government ask that this matter be continued for 60 days.

Respectfully submitted,

JIM LETTEN
UNITED STATES ATTORNEY


s/ Duane A. Evans
DUANE A. EVANS (#24086)
Assistant United States Attorney
500 Poydras Street, Room 210-B
New Orleans, Louisiana  70130
Telephone:  (504) 680-3069
duane.evans@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

s/ Duane A. Evans
DUANE A. EVANS
Assistant United States Attorney