UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-374** |
| **v.** | * | **SECTION: "C"** |
| **SAREEL POINDEXTER** | * | |

\* \* \*

**O R D E R**

Considering the foregoing,

**IT IS ORDERED** that the interest of justice and judicial economy justify a continuance of this matter from August 6, 2008, to the _____ day of _____, 2008, at _____ o'clock ___.m.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE