UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 00-374** |
| **v.** | * | **SECTION: "C"** |
| **SAREEL POINDEXTER** | * | |
| | * * * | |

### O R D E R

Considering the foregoing,

**IT IS ORDERED** that the interest of justice and judicial economy justify a continuance of this matter from August 6, 2008, to the __15th___ day of __October_____, 2008, at _9:00_ o'clock _a_.m.

New Orleans, Louisiana, this _5th_ day of _ August_, 2008.

_____
UNITED STATES DISTRICT JUDGE