UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 00-374 |
| v. | * | SECTION: "C" |
| SAREEL POINDEXTER | * | |
| | * * * | |

### O R D E R

Considering the foregoing Second Amended Rule to Revoke Supervised Release Adding Additional Violations;

**IT IS HEREBY ORDERED** that **SAREEL POINDEXTER** appear before this Court on the 15th day of October, 2008 at 9:00 o'clock a.m. to show cause why supervised release should not be revoked.

New Orleans, Louisiana, this __25th____ day of August, 2008.

_____
UNITED STATES DISTRICT JUDGE